# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

AMY R. ROBERTSON                                                    PETITIONER
ADC #708559

V.                                    NO. 5:16cv00185-KGB-JTR

WENDY KELLEY, Director,                                            RESPONDENT
Arkansas Department of Correction

## RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent

to United States District Judge Kristine G. Baker. You may file written objections to

all or part of this Recommendation. If you do so, those objections must: (1)

specifically explain the factual and/or legal basis for your objection; and (2) be

received by the Clerk of this Court within fourteen (14) days of this Recommendation.

By not objecting, you may waive the right to appeal questions of fact.

## I. Discussion

Pending before the Court is a 28 U.S.C. § 2254 Petition for Writ of Habeas

Corpus filed by Amy R. Robertson, an inmate in the Arkansas Department of

Correction. *Doc. 2*.

On January 12, 2015, Robertson pled guilty to introducing a controlled

substance into the body of another person by ingesting methamphetamine while

pregnant. See Ark. Code Ann. § 5-13-210. She was sentenced to 240 months of imprisonment in the Arkansas Department of Correction ("ADC"). *State of Arkansas v. Amy R. Robertson*, Polk Co. Cir. Ct. No. CR-2012-151 (*Doc. 6-2*).

On October 8, 2015, the Arkansas Supreme Court held that: (1) an unborn child is not a "person" under § 5-13-210; and (2) § 5-13-210 does not criminalize "the passive bodily processes that result in a mother's use of a drug entering her unborn, or newborn child's system." *Arms v. State*, 2015 Ark. 364 at 6-8, 471 S.W.3d 637, 641-43.

In this habeas action, Robertson argues that her due process rights are being violated because she is incarcerated for actions that do not constitute criminal conduct. *Doc 2, at 3-4*. Respondent concedes that, under the Court's holding in *Arms*, Robertson is actually innocent, her continued confinement violates her due process rights, and she is entitled to federal habeas relief.[1] *Doc. 6.*

## II. Conclusion

Accordingly, the Court recommends that Robertson's § 2254 Petition for Writ of Habeas Corpus be GRANTED. The judgment of conviction and sentence of the Polk County Circuit Court in *State of Arkansas v. Amy R. Robertson*, Case No. CR-

---

[1]*See Fox v. Kelley*, No. 5:16-cv-00139-DPM (E.D. Ark. June 21, 2016) (granting § 2254 habeas relief based on *Arms*); *Blankenship v. Kelley*, No. 5:16-cv-00005-BD (E.D. Ark. Apr. 28, 2016) (same).

2012-151, should be VACATED, and Respondent should be ordered to release Robertson immediately.

Respondent should be ordered to file a notice with the Court when Robertson has been released from the ADC. Further, within thirty days of entry of an Order adopting this Recommendation, Respondent should be ordered to file documentation confirming that the Polk County Circuit Court's records reflect that Robertson's conviction and sentence, in Case No. CR-2012-151, has been vacated and set aside.

DATED this 8th day of July, 2016.

_____
UNITED STATES MAGISTRATE JUDGE