IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

AMY R. ROBERTSON                                                                                    PETITIONER

v.                                    Case No. 5:16-cv-00185-KGB/JTR

WENDY KELLEY, Director
Arkansas Department of Correction                                                         RESPONDENT

### ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 7).  Through informal communications with counsel, the Court has been informed that Respondent Wendy Kelley does not object to the Recommended Disposition.  After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.  Judgment will be entered accordingly.

It is therefore ordered that this petition for writ of habeas corpus under 28 U.S.C. § 2254 is granted (Dkt. No. 2).  The judgment of conviction and sentence of the Polk County Circuit Court in *State of Arkansas v. Amy R. Robertson*, Case No. CR-2012-151, is vacated.  Respondent is ordered to release immediately Ms. Robertson from custody.

Respondent must file a notice with this Court when Ms. Robertson has been released.  Further, Respondent must file, within 30 days of entry of this Order, documentation confirming that the Polk County Circuit Court's records reflect the vacatur of Ms. Robertson's conviction and sentence in Case No. CR-2012-151.

So ordered this the 11th day of July, 2016.

_____
Kristine G. Baker
United States District Judge