IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

AMY R. ROBERTSON                                                          PETITIONER

v.                      Case No. 5:16-cv-00185-KGB/JTR

WENDY KELLEY, Director
Arkansas Department of Correction                                          RESPONDENT

## JUDGMENT

Consistent with the Order entered on this date, judgment is hereby entered in favor of Petitioner Amy R. Robertson and against Respondent Wendy Kelley. Ms. Robertson's conviction and sentence in Polk County Circuit Court Case No. CR-2012-151, are vacated.

So adjudged this the 11th day of July, 2016.

_____
Kristine G. Baker
United States District Judge